| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| GARY LEE BUDAU, | § § § § | |
| Petitioner, | | |
| versus | § § § | CIVIL ACTION H-10-03110 |
| RICK THALER, Director of the Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## Order of Adoption

On January 24, 2011, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (20) to which petitioner filed objections (21, 22). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Respondent Rick Thaler is entitled to summary judgment as Petitioner's claims are time-barred. The court will issue a separate final judgment.

Signed  March 1 , 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge